# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANIE CLUGSTON, Individually, and as Personal Representative of the Estate of Michael Clugston; FAITH HOPE CLUGSTON, Individually<br><br>Plaintiffs,<br><br>vs.<br><br>The CITY OF GARDEN GROVE, a California Public Entity; TRAVIS HADDEN; an Individual, Inclusive<br><br>Defendants. | Case No. 8:21-cv-01832 JVS (ADSx)<br><br>**JUDGMENT**<br><br>Dept.: Courtroom 10C<br>Judge: The Honorable James V. Selna |

On January 25, 2022, this Court entered an order granting Defendants' motion to dismiss on the basis that Plaintiffs' federal causes of action failed to state claims upon which relief could be granted. Dkt. 24. The Court declined to exercise supplementary jurisdiction over the remaining claim which arises under state law. *Id.* at 6. The Court permitted Plaintiff 30 days to amend the complaint. *Id.*

Plaintiffs filed a notice on February 14, 2022, informing the Court that Plaintiffs could not file an amended complaint that would alter the Court's conclusion, and requesting entry of final judgment. Dkt. 25.

Accordingly, it is HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants City of Garden Grove and Travis Hadden, and against Plaintiffs on their federal claims and they are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over Plaintiffs' state law negligence claim.

DATED: February 24, 2022

Hon. James V. Selna
UNITED STATES DISTRICT JUDGE